# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In RE:                                                                            Case No.     CH: 13

CHRISTOPHER J WORRELL                                      11-16821

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address, pertaining to both notices and payments (including payments held IN RESERVE), listed in the above case be changed.

**FROM:**                                                      **TO:**

United Credit Recovery LLC                        United Credit Recovery LLC

PO Box 953245                                        5224 West State Road 46

Lake Mary FL 32795                                 Suite 319

                                                           Sanford FL 32771

Dated: October 6, 2020

Creditor's Signature
United Credit Recovery LLC
877-804-5389

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 19 2020

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1